## (February 29, 1944.)

GEORGE M. SPECTOR, Appellant, v. NATIONAL CELLULOSE CORPORATION, Respondent, et al., Defendants.— Orders affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve a second amended complaint within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse insofar as the order grants defendant-respondent's motion to dismiss the first cause of action and to deny said motion. [181 Misc. 465.]

GEORGE M. SPECTOR, Appellant, v. NATIONAL CELLULOSE CORPORATION, Respondent, et al., Defendants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., concur in the result but vote to strike

out all portions of the order which base dismissal upon the ground that a prior judgment stands as a bar.